AZ 14312558.1.2-6

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
JUL 06 2026
FILED ENTERED
LOGGED SZS RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CARLENE SHIVER | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 1:26-cv-02325-ABA |
| KATHRYN G. BUDURA | * | |
| Defendant. | * | |

************************************

**LINE**

Re: Shiver v. Budura
Civil Action No. 1:26-cv-02325-ABA

Dear Clerk:

Enclosed for filing, please find Plaintiff's Entry of Appearance and Plaintiff's Disclosure of Corporate Interest in the above-captioned matter.

Undersigned counsel's CM/ECF account is presently in the process of reactivation. Accordingly, these documents are being submitted in paper form pending completion of that process. Upon reactivation of counsel's CM/ECF account, all future filings will be made electronically in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

I further certify that copies of the enclosed filings have been served by first-class United States Mail, postage prepaid, upon counsel for Defendant at the following address:

Alexander M. Hughes, Esquire
Bar No. 20296
Law Offices of Eric C. Hitzel
6700 Alexander Bell Drive, Suite 200
Columbia, Maryland 21046

Thank you for your assistance in this matter.

June 26, 2026

Respectfully submitted,

Jessie Lyons Crawford, Esquire
Maryland Attorney No. 8906140044
U.S. District Court Bar No. JLC2547

AZ 14312558.1.3-6

THE LAW OFFICE OF JESSIE LYONS
CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
Telephone: (410) 662-1230
Facsimile: (410) 662-1238
attorneyjlcrawford@verizon.net

Attorney for Plaintiff